UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                )<br>)<br>DAVID ROSENHOLM,                )<br>    Defendant                                )<br>)  | M.B.D. Case No. 20-mc-91426-DJC |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. This matter was initiated by a criminal complaint in *United States v. David Rosenholm*, No. 20-mj-05164-JGD.

2. The defendant, who lives in Oregon, has retained defense counsel in Massachusetts to engage in discussions of this matter with the government.

3. The requested exclusion of time will allow the parties to further discuss a possible resolution of this matter that could obviate the need for an indictment.

Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from November 17, 2020, through and including December 18, 2020 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the Plan for Prompt Disposition of Criminal Cases for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan* for Prompt Disposition of Criminal Cases, (1) the date on which an indictment or information must be

filed is continued to December 18, 2020; and (2) the period from November 17, 2020 through and including December 18, 2020 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

November 17, 2020

*Denise J. Casper*
_____
**HON. DENISE J. CASPER**
**UNITED STATES DISTRICT COURT JUDGE**